IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00488-EWN-MEH

OVID "TOBEY" W. YADON,

    Plaintiff,

v.

INTERNATIONAL PAPER COMPANY, a
New York corporation,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2006.**

    Plaintiff's Motion for Leave to Amend Complaint [Filed June 20, 2006; Docket #15] is **denied** without prejudice, for failure to indicate compliance with the duty to confer required pursuant to D.C.COLO.LCivR 7.1(A).