IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00488-EWN-MEH

OVID "TOBEY" W. YADON,

    Plaintiff,

v.

INTERNATIONAL PAPER COMPANY, a
New York corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 27, 2006.**

    Under Fed.R.Civ.P. 15(a), and there being no opposition from Defendant, Plaintiff's Amended Motion for Leave to Amend Complaint [Filed June 26, 2006; Docket #19] is **granted.**

    On or before June 29, 2006, the Plaintiff shall file his Amended Complaint with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures.  Plaintiff's Amended Complaint shall be in the same format and substance of that which was tendered with Plaintiff's Motion for Leave to Amend Complaint on June 20, 2006.